# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY LUNZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC. and THE PNC FINANCIAL SERVICES GROUP AFFILIATES LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 2:21-cv-00792-MRH |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Jeffrey Lunz and Defendants The PNC Financial Services Group, Inc., and The PNC Financial Services Group Affiliates Long Term Disability Plan by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice. Further, each party will bear its own costs, expenses, and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| /s/ Julie M. Kamps | /s/ Jonathan K. Cohn (with consent) |
| Julie M. Kamps<br>*jkamps@seyfarth.com*<br>**SEYFARTH SHAW LLP**<br>131 S. Dearborn Street, Suite 2400<br>Chicago, IL 60603<br>Telephone: 312.460.5000<br>Fax: 312.460.7000<br><br>    *Counsel for Defendants* | Jonathan K. Cohn (PA ID No. 92755)<br>*jcohn@stembercohn.com*<br>**STEMBER COHN &**<br>**DAVIDSON-WELLING, LLC**<br>The Hartley Rose Building<br>425 First Avenue, 7th Floor<br>Pittsburgh, PA 15219<br>T.: (412) 338-1445<br>F.: (412) 338-1446<br><br>    *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January 2022, I electronically filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      *s/ Julie M. Kamps*_____
      Julie M. Kamps